No. 389. The People v. Estévez.—Appeal from the District Court of Mayagüez. Decided November 10, 1911. Judgment affirmed. *Mr. José Ramón Freyre* for appellant. *Mr. Jesús M. Rossy, fiscal,* for respondent.

No. 390. The People v. Ramírez.—Appeal from the District Court of Mayagüez. Decided November 10, 1911. Judgment affirmed. *Mr. Angel A. Vázquez* for appellant. *Mr. Jesús M. Rossy, fiscal,* for respondent.

No. 379. The People v. Anglada.—Appeal from the District Court of San Juan, Section 2. Decided November 23, 1911. Judgment affirmed. *Mr. José L. Pesquera* for appellant.' *Mr. Jesús M. Rossy, fiscal,* for respondent.

No. 397. The People v. Atiles.—Appeal from the District Court of San Juan, Section 2. Decided November 23, 1911. Judgment affirmed. · The appellant did not appear. *Mr. Jesús M. Rossy, fiscal,* for respondent.

No. 739. Velilla et al. v. Castro et al.—Appeal from the District Court of Aguadilla. Motion to dismiss the appeal. Decided November 23, 1911. Motion overruled for the reasons stated in the opinion rendered in case No. 734, *García* v. *The American Railroad Company of Porto Rico,* decided October 10, 1911. *Messrs. José de Diego* and *Carlos Franco Soto* for petitioners. *Messrs. Alfredo Sevilla* and *Landrón* and *Rincón* for respondents.

No. 85. Borrás v. Castro, District Judge.—Petition for a writ of *certiorari.* Decided November 29, 1911. Petition denied. *Mr. Hugh R. Francis* for petitioner.